RECEIVED BY MAIL
SEP 16 2020
CLERK
U.S. DISTRICT COURT
~~MINNEAPOLIS, MINNESOTA~~

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

William Charles Graham©
Pro Se.
Ronald Jermaine Jackson
Pro-SE.

vs.

Susan Richard Nelson
Amber M. Brennan
Justin A. Wesley
Nathan H. Nelson
Katherine M. Menendez

Plaintiff(s),

Defendant(s).

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit. Please attach additional sheets if necessary.)

Case No. 20-cv-1975 PJS/TNL
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
YES X   NO ___

## COMPLAINT

### PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name: William Charles Graham© natural person

   Street Address: c/o 13880 Business Center Drive N.W.

   County, City: Elk River

   State & Zip Code: Mn.

   Telephone Number: unknown

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.



SCANNED
SEP 16 2020
U.S. DISTRICT COURT MPLS

a. Defendant No. 1

   Name: Susan Richard Nelson

   Street Address: 316 North Robert Street Suite #772

   County, City: Ramsey, Saint Paul

   State & Zip Code: Mn.

b. Defendant No. 2

   Name: Amber M. Brennan

   Street Address: 300 South Fourth Street, 600 U.S. Courthouse

   County, City: Hennepin, Minneapolis

   State & Zip Code: Mn.

c. Defendant No. 3

   Name: Justin A. Wesley

   Street Address: 300 South Fourth Street, 600 U.S. Courthouse

   County, City: Hennepin, Minneapolis

   State & Zip Code: Mn.

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☑
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of

1B.

    Name : Ronald Jermaine Jackson
    Street Address : 13880 Business Center Drive N.W
    County, City : Elk River
    State and zip code : Minnesota 55330

2d. Defendant No. 4
    Nathan H. Nelson
    300 South Fourth Street, 600 U.S. Courthouse
    Hennepin, Minneapolis
    Mn., 55415

2e. Defendant No. 5
    Katherine M. Menendez
    8E U.S. Courthouse
    300 South Fourth Street
    Hennepin, Minneapolis
    Mn., 55415

2f. Defendant No. 6
    Susan M. Del Monte
    316 North Robert Street Suite #772
    Ramsey, Saint Paul
    Mn., 55101

2g. Defendant No. 7
    John Blasingame
    5400 85th Avenue North
    Hennepin, Brooklyn Park
    Mn., 55443

2h. Defendant No. 8.
   Charles J. Kovats
   600 U.S. Courthouse
   300 South Fourth Street
   Hennepin, Minneapolis
   Mn., 55415

2i. Defendant No. 9
   Peter A. Cahill
   300 South Sixth Street
   Hennepin, Minneapolis
   Mn., 55487

2j. Defendant No. 10
   Susan M. Robiner
   300 South Sixth Street
   Hennepin, Minneapolis
   Mn., 55487

2k. Defendant No. 11
   Theodora Gaitas
   300 South Sixth Street
   Hennepin, Minneapolis
   Mn., 55487

2L. Defendant No. 12
   Nicholas Bouleris
   300 South Sixth Street
   Hennepin, Minneapolis
   Mn., 55487

the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☒ Federal Question        ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.
   *First, Fourth, Fifth, Sixth, Eighth, Ninth, Tenth, Eleventh, Thirteenth.*
   *Delegating is prohibited.*
   *Slavery is abolished.*
   *Title of Nobility is prohibited.*

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:                          State of Citizenship:

   Defendant No. 1:                         State of Citizenship:

   Defendant No. 2:                         State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.**

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   ☐ Defendant(s) reside in Minnesota       ☒ Facts alleged below primarily occurred in Minnesota
   ☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. *The above-listed defendants (natural persons) while acting in their official capacities acted*

3

in a collusion while depriving the two natural person Men of their Constitutional Rights subjecting them to slavery by depriving them of their liberty and property which is prohibited by the guarantee's of their Fifth Amendment Right afforded to these natural person Men by the Federal Constitution of the United States of America. These subordinates of the Eighth Circuit District of Minnesota have misapplied their statutory relevant language to the human beings William Charles Graham©, and Ronald Jermaine Jackson. The defendants in this matter have exalted themselves as human beings and caused serious injury to the two Men natural person property and liberty. This egregious conduct has caused the two Men to have serious anxiety, emotional and mental trauma, while living under embarrassment and suspense.

7b. The two Men in this matter have been subjected to color of authority for approximately fourteen (14) months. To imprison a Man in his rights and to call it a Constitution is to make a mockery out of the noble document called the Constitution of the United States of America. To take the rights of one of the "We the People" is to take away every Man/Woman in America as well.

7c. The defendants in this matter have acted under color of authority and law while disregarding their obligations and duties that is required by them under the Constitution of the United States of America.

7d. We the People are bringing this complaint under the Federal Tort Claims Act.

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

We, Natural Person, demand to be liberated from any and all unlawful imprisonment, for this unlawful circumvented indictment to be quashed. We also request that any and all just compensation guaranteed to us under our fifth amendment right be rewarded to us the Men, the natural person.

Being that Equal Rights Equal Manhood, we implore that these human beings labeled defendants acting in their official capacities stop injuring the Men, the natural persons.

Date: 13th of September in the Year of Two Thousand Twenty.

Signature of Plaintiff _____ Agent of: RONALD JERMAINE JACKSON
William Gulo Agent of: WILLIAM CHARLES GRAHAM

Mailing Address  c/o 13880 Business Center Drive N.W.
Elk River, Mn.

Telephone Number  Unknown

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5