UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

William Charles Graham,
Ronald Jermaine Jackson,

    Plaintiffs,

v.   Civil No. 20-1975 (PJS/TNL)

Susan Richard Nelson, Amber M. Brennan,
Justin A. Wesley, Nathan H. Nelson,
Katherine M. Menendez, Susan M. Del Monte,
John Blasingame, Charles J. Kovats, Peter
A. Cahill, Susan M. Robiner, Theodora Gaitas,
and Nicholas Bouleris

    **ORDER OF DISQUALIFICATION**

    Defendants.

_____

Because civil case number 20-1975 (PJS/TNL) names U.S. District Judge Susan Richard Nelson, U.S. Magistrate Judge Katherine M. Menendez, and court staff member Susan Del Monte as defendants, it is hereby determined that all U.S. District Judges and U.S. Magistrate Judges of the above Court are disqualified from presiding over the matter.

Based on the files, records, and proceedings herein:

**IT IS SO ORDERED**.

DATED: September 17, 2020
at Minneapolis, Minnesota.

                                          JOHN R. TUNHEIM
                                                Chief Judge
                                United States District Court