## DESIGNATION OF SENIOR UNITED STATES DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

---

The **HONORABLE JAMES GRITZNER**, Senior Judge for the United States District Court for the **Southern District of Iowa**, having indicated that he is willing and able to perform the duties of district judge in the Eighth Circuit;

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, Section 294(c), I do hereby designate:

**THE HONORABLE JAMES GRITZNER**

to perform the duties of district judge within this circuit and assign him in the **District of Minnesota**, in the matters of:

*20-cv-1975 (PJS/TNL)*

beginning **September 23, 2020**, and for such additional time in advance thereof to prepare for the hearing of this case, or thereafter as may be required to complete unfinished business.

Dated: September 23, 2020

_____
Lavenski R. Smith, Chief Judge
Eighth Circuit

Original:   Kate M. Fogarty, Clerk of Court, District of Minnesota
Copies:     Hon. John R. Tunheim, Chief U.S. District Judge, District of Minnesota
            Hon. John Jarvey, Chief U.S. District Judge, Southern District of Iowa
            Hon. James Gritzner, U.S. Judge, Southern District of Iowa
            Millie B. Adams, Circuit Executive